UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM, <br><br> Plaintiff, <br><br> v. <br><br> NORTHWEST TARGET LLC, et al., <br><br> Defendants. | Case No.: 1:21-cv-01164-NONE-JLT <br><br> ORDER DENYING APPLICATION TO PROCEED IN FORMA PAUPERIS AS MOOT <br><br> ORDER DIRECTING CLERK OF COURT TO ISSUE SUMMONS AND NEW CASE DOCUMENTS |

Fernando Gastelum filed a complaint in this action on August 2, 2021. (Doc. 1.) Plaintiff did not pay the filing fee in this action and instead, applied to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. (Doc. 2.) On August 5, 2021, the Court found Plaintiff's application was not sufficiently completed for the Court to determine if he is entitled to proceed in this action without prepayment of fees. (Doc. 3.) The Court ordered Plaintiff to either file a long form application to proceed without prepayment of fees or to pay the filing fee within twenty-one days. (Id.) On August 18, 2021, Plaintiff paid the filing fee for this action. The Court has reviewed Plaintiff's complaint and finds that it contains sufficient factual allegations for a summons to issue. Accordingly, the Court **ORDERS**:

    1.    Plaintiff's application to proceed without prepayment of fees, filed August 2, 2021 (Doc. 2), is DENIED as moot; and

    2.    The Clerk of the Court is DIRECTED to issue civil new case documents and summons

in this action.

IT IS SO ORDERED.

Dated: **August 19, 2021**        _ **/s/ Jennifer L. Thurston**
                                      CHIEF UNITED STATES MAGISTRATE JUDGE