# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FERNANDO GASTELUM,<br><br>    Plaintiff,<br><br>    v.<br><br>NORTHWEST TARGET LLC, et al.,<br><br>    Defendants. | Case No.: 1:21-cv-01164-JLT-BAK (SAB)<br><br>ORDER CLOSING THE CASE<br><br>(Doc. 12) |

The parties have stipulated to the action being dismissed with prejudice with each side to bear their own fees and costs. (Doc. 12).[1] The Federal Rules of Civil Procedure Rule 41 makes such stipulations effective immediately with further order of the Court. Wilson v. City of San Jose, 111 F.3d 688, 692 (9th Cir. 1997). Accordingly, the Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated: **January 18, 2022**

UNITED STATES MAGISTRATE JUDGE

---

[1] On January 7, 2022, the plaintiff subsequently filed a response to the second order to show cause, indicating that the parties settled the case and will file closing documents (Doc. 14), therefore, the Court's order to show cause is DISCHARGED.